AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MCCOY, SHALIKQUWA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  13 Civ. 6630 (DLI) (MDG) |
| Megabus Northeast, Et Al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date: 01/08/2014

*Attorney's signature*

Alex Howard (AH2003)
*Printed name and bar number*

Gallo Vittuci Klar LLP
90 Broad Street, 3rd Floor
New York, New York 10004
*Address*

ahoward@gvlaw.com
*E-mail address*

(212) 683-7100
*Telephone number*

(212) 683-5555
*FAX number*